COHEN I.P. LAW GROUP, P.C.
Michael N. Cohen (Cal. Bar. No. 225348)
9025 Wilshire Blvd., Suite 301
Beverly Hills, California 90211
Tel: 310-288-4500
Fax: 310-246-9980
michael@patentlawip.com

Attorneys for Defendants and Counterclaimant
FORRESTER THOMAS, and
SUPER SAVERS RESTORATION, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1-800-FLOODED, INC., a Nevada Corporation, <br><br>    Plaintiff, <br><br>    vs. <br><br>FORRESTER THOMAS, an individual, SUPER SAVERS RESTORATION, INC. an Arizona Corporation, ELITE DISATER RESTORATION, LLC, an Arizona Limited Liability Company <br><br>DOES 1 TO 100, inclusive, <br><br>    Defendants. <br>_____ <br>SUPER SAVERS RESTORATION, INC. an Arizona Corporation, <br><br>    Counterclaimant, <br>    vs. <br><br>1-800-FLOODED, INC., a Nevada Corporation, <br><br>ROES 1 TO 10, inclusive, <br><br>    Counterdefendants. <br>_____ | CASE NO.: CV-12-0537-CAS(RZx) <br><br>**JOINT RULE 26(f) REPORT** <br><br>**Scheduling Conference:** <br><br>Date: March 19, 2012 <br>Time: 11:00 a.m. <br>Ctrm: 5 2nd Floor |

1

In accordance with Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 26-1 and the Court's January 27, 2012 Order, Plaintiff 1-800-FLOODED, INC. ("1-800-FLOODED"), and Defendants FORRESTER THOMAS ("THOMAS"), and SUPER SAVERS RESTORATION, INC. ("SSR"), (collectively "Defendants"), by and through their counsel, have conferred on February 24, 2012, and hereby submit the following Joint Status Report in preparation for the upcoming Scheduling Conference currently set for March 19, 2012 at 11:00 a.m.

## I. NATURE AND BASIS OF CLAIMS AND DEFENSES

This is an action for trademark infringement, unfair competition, false description, and common law injury to business reputation. The issues in this action involve a federal question and thus, the Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

### A. Plaintiff's Summary of Its Claims

The Plaintiff filed the complaint in the Superior Court Los Angeles County on December 9, 2011. Plaintiff alleged Breach Of Contract, Trademark Infringement, False Advertising, Cyberpiracy, False Designation Of Origin & False Description, Trademark Dilution, and Unfair Competition & False Advertising against the Defendants Forrester Thomas, Super Saver Restoration, Inc., and Elite Disaster Restoration, LLC.

On January 20, 2012, Defendant filed its Notice of Removal of the Complaint to Federal Court, assigning the matter to the Honorable Christina A. Snyder.  Defendants filed an Answer and Counterclaims on January 26, 2012.

On February 15, 2012, Plaintiff (Counter Defendant) filed an Answer to Counterclaims by Counter Claimant Super Savers Restoration, Inc. Counter Defendant asserts affirmative defense in response to Counter Claimant's Counterclaim.  Counter Defendant denies any liability to Counter Claimant resulting from: any breach of contract between the parties, intentional interference, or unfair competition resulting from Counter Defendant acts. Counter Defendant also denies any liability on Counter Claimant's related claims for willful and intentional acts to disrupt Defendant's business.

### B.   Defendants' Summary of Its Claims

Plaintiff's complaint name the following defendants: Forrester Thomas, Super Saver Restoration, Inc., Elite Disaster Restoration, LLC.

Plaintiff's filed the complaint in the Superior Court Los Angeles County on December 9, 2011.  On January 20, 2012, Defendants filed its Notice of Removal of the Complaint to Federal Court, assigning the matter to the Honorable Christina A. Snyder.  Defendants filed an Answer and Counterclaims on January 26, 2012.

Defendants denies that it infringes upon Plaintiff's alleged trademark, as its use of such mark does not create a likelihood of confusion among customers in the relevant market.  Defendants assert an affirmative defense and counterclaim

requesting cancellation of the 1-800-Flooded mark on the grounds that it has been abandoned. Defendants also deny liability on Plaintiff's related claims which all relate to the alleged infringement of 1-800-Flooded.

Defendants counterclaim against Plaintiff for Plaintiff's breach of contract between the parties, and intentional interference and unfair competition resulting from Plaintiff's willful and intentional acts to disrupt Defendant's business.

### III. PROPOSED SCHEDULE

The parties agree to, and jointly propose the following case schedule:

| Event | Date |
| --- | --- |
| Last day to add parties or claims | April 2, 2012 |
| Deadline for party with burden of proof to serve expert report | September 24, 2012 |
| Deadline for rebuttal expert report | October 22, 2012 |
| Fact discovery cut-off | October 22, 2012 |
| Expert discovery cut-off | November 12, 2012 |
| Deadline for hearing on dispositive motions; | January 11, 2013 |
| Final Pre-Trial Conference | March 11, 2012 |
| Trial | April 2, 2013 |

## IV.  DISCOVERY PLAN (FED. R. CIV. P. 26(f))

The parties will exchange Initial Disclosures in accordance with Fed. R. Civ. Procedure. The parties agree that no changes should be made to the timing (other than as set forth in the proposed case schedule above), form, or requirement for disclosures under Fed. R. Civ. P. 26(a).

The parties anticipate the need to conduct discovery relevant to the issues raised in the pleadings and do not believe that discovery should be conducted in phases or otherwise limited.  A proposed schedule, including dates for completing discovery, is set forth above.

The parties do not believe this case poses any unique issues relating to the disclosure or discovery of electronically stored information. The parties currently believe that any electronically stored information can be produced in the same form as the other documents to be produced in the case, and, if necessary, TIFF, PDF or JPEG copies of the data on a CD is an acceptable form of production.

The parties agree that no other changes should be made at this time to the limitations on discovery imposed by the Federal Rules of Civil Procedure and by the Local Rules of this Court.  Claims of privilege will be made pursuant to Fed. R. Civ. P. 26(b)(5).  The parties are presently unaware of any specific issues relating to claims of privilege or of protection as trial-preparation material.

The parties intend to submit a proposed Stipulated Protective Order for

the Court's consideration and approval.

## V. COMPLEX CASES (L.R. 26-1(A))

The parties agree that this case is not a complex case and that the procedures of the Manual for Complex Litigation should not apply.

## VI. DISPOSTIVE MOTIONS (L.R. 26-1(B))

The parties anticipate filing motions for summary judgment relating to issues of trademark infringement and/or non-infringement, validity and/or invalidity, trademark enforceability and/or unenforceability.

## VII. SETTLEMENT (L.R. 26-1 (C))

The parties have engaged in settlement discussion on two separate occasions, once prior to the commencement of the complaint and once after. The parties have selected mandatory Settlement Procedure Number 1 (magistrate judge) under Local Rule 16-15 and will consider further settlement discussion after some discovery has been taken.

## VIII. TRIAL ESTIMATE (L.R. 26-1(D))

The parties preliminarily estimate that the jury trial in this case will last 4 to 6 court days.

## IX. ADDITIONAL PARTIES (L.R. 26-1(E))

The parties do not presently expect to add any additional parties to this case.

## X. EXPERT WITNESS (L.R. 26-1 (F))

The proposed timing of expert disclosures is set forth above in the proposed

case schedule.

## XI. OTHER ISSUES

The parties do not presently believe that any unusual legal issues are involved in this case, or that there are any major procedural or evidentiary problems.  The parties do not presently believe that there is a need for the severance or bifurcation of any issues, or other specific ordering of proof.

DATED: March 9, 2012          COHEN I.P. LAW GROUP, P.C.


By:   / Michael N. Cohen /
       MICHAEL N. COHEN
       Attorneys for Defendants and
       Counterclaimant
       FORRESTER THOMAS,
       SUPER SAVER RESTORATION, INC.

DATED: March 9, 2012          GRANTS LAW FIRM


By:   / Allan H. Grant /
       ALLAN H. GRANT
       Attorneys for Plaintiff and Counterdefendant
       1-800-FLOODED, INC.